UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BYRON GLEN MIDKIFF, JR., <br><br> Plaintiff, <br> v. <br><br> JASON BENNETT, <br><br> Defendant. | CASE NO. 3:24-cv-05550-LK <br><br> ORDER DENYING MOTION FOR RECONSIDERATION |

    This matter comes before the Court on Petitioner Byron Glen Midkiff Jr.'s Motion for Reconsideration of the Court's denial of his many post-judgment motions. Dkt. No. 49. "Motions for reconsideration are disfavored," and the Court "will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence." LCR 7(h)(1). A movant who seeks reconsideration "shall point out with specificity the matters which the movant believes were overlooked or misapprehended by the court, any new matters being brought to the court's attention for the first time, and the particular modifications being

sought in the court's prior ruling." LCR 7(h)(2). With respect to all court orders except the one issued on July 7, 2025, Dkt. No. 46, Mr. Midkiff's motion is untimely. Furthermore, he fails to show any basis for reconsideration. Accordingly, the Court DENIES his motion. Dkt. No. 49.

Mr. Midkiff has now filed 18 meritless and/or frivolous motions for relief from judgment (including this frivolous motion for reconsideration). Dkt. Nos. 8, 14, 15, 19, 20, 21, 21-1, 21-2, 25, 25-1, 25-2, 25-3, 31, 31-1, 31-2, 31-3, 42, 49. Further frivolous motions will be summarily denied, and additional frivolous filings may result in the Court imposing restrictions on Mr. Midkiff's access to the courts, as the Court previously warned. Dkt. No. 46 at 2.

Dated this 24th day of July, 2025.

Lauren King
United States District Judge

ORDER DENYING MOTION FOR RECONSIDERATION - 2